O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-05375-AHM(CWx) | Date | October 26, 2009 |
|---|---|---|---|
| Title | CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, et al.  v. MARKER CONSTRUCTION, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Margaret Gilford | No Appearance | |

**Proceedings:** PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MARKER CONSTRUCTION [7] (non-evidentiary)

Caused called; appearances made. No appearance by defendant.

For reasons and findings stated on the record, the Court grants plaintiffs' motion for default judgment. Another proposed judgment must be promptly emailed to the Court.

|  | : | 02 |
|---|---|---|
| Initials of Preparer | | SMO |