| | |
|---|---|
| 1 | PATRICK T. CONNOR, Bar No. 89136 |
|   | pconnor@deconsel.com |
| 2 | MARGARET R. GIFFORD, Bar No. 118222 |
|   | ygershfeld@deconsel.com |
| 3 | DeCARLO, CONNOR & SHANLEY |
|   | A Professional Corporation |
| 4 | 533 S. Fremont Avenue, 9th Floor |
|   | Los Angeles, California 90071-1706 |
| 5 | Telephone: 213/488-4100 |
|   | Telecopier: 213/488-4180 |

JS - 6

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, | CASE NO. CV 09-05375 AHM(CWx) |
| Plaintiffs, | JUDGMENT |
| v. | Before the Honorable |
| MARKER CONSTRUCTION, INC., a California corporation; and DOES 1 through 10, inclusive, | A. Howard Matz |
| Defendant. | DATE: October 26, 2009 |
| | TIME: 10:00 a.m. |
| | CTRM: 14 |

This case came for hearing on October 26, 2009 before the Honorable A. Howard Matz, United States District Court Judge.

It appearing that defendant, MARKER CONSTRUCTION, INC., a California corporation, having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE

1  CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS
2  SOUTHWEST TRUSTS, to the Court and after having considered the papers and
3  arguments submitted in support thereof, and good cause appearing therefore,

4      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
5  CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and
6  BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS
7  have judgment against MARKER CONSTRUCTION, INC., a California
8  corporation, ("DEFENDANT") as follows:

9      For an order compelling submission to an audit of their business records for
10  the period July 1, 2005 to the present and allowing the auditors to examine and
11  copy the following books, records, papers, documents and reports:  all job cost
12  records, general check register and check stubs, bank statements and canceled
13  checks, general ledgers, worker compensation insurance reports, financial
14  statements, cash disbursements ledgers, corporate income tax returns, employee
15  time cards, payroll journals, individual earnings records of all employees, forms
16  W-2, 1099 and 1096 submitted to the U.S. Government, Nevada quarterly state tax
17  returns (DE-3's), health and welfare and pension report for all other trades, cash
18  receipts' journal, copies of all contracts and all material invoices.

19      IT IS FURTHER ORDERED that DEFENDANTS shall pay attorney's fees
20  in the amount of $720.00 and costs pursuant to the Bill of Costs.

22  DATED:   October 27, 2009

24      _____
    THE HONORABLE A. HOWARD MATZ
    UNITED STATES DISTRICT JUDGE

25  **JS-6**